No. 98–7505. PENNINGTON v. OGLESBY ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7506. PENNINGTON v. HUCKABEE, GOVERNOR OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7511. DADDAZIO v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 98–7514. FORD v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7515. GONZALEZ v. WALLIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7518. DEBARDELEBEN v. HEDRICK, WARDEN, ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 98–7521. SHROFF v. FABULOUS VACATIONS. C. A. 9th Cir. Certiorari denied.

No. 98–7522. RODRIGUEZ v. ONWARDS INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7526. BROWNING v. MATUSINKA, JUDGE, SUPERIOR COURT OF LOS ANGELES COUNTY-SOUTHWEST DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 98–7528. COUSINO v. NOWICKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–7538. CURETON v. ALFORD, SUPERINTENDENT, GULF CORRECTIONAL INSTITUTION. Sup. Ct. Fla. Certiorari denied.

No. 98–7542. WHITE v. COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7546. BUTLER v. GRIGAS, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 98–7549. CROSS v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7593. JACKSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.